**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARL SCHILBE

Defendant.

Case No.: 25-cr-00338-GMN-NJK

**ORDER GRANTING MOTION**
**TO UNSEAL CASE**

Based on the pending Motion of the government, and for good cause appearing, the Motion to Unseal Case, (ECF No. 9), is hereby GRANTED.

IT IS HEREBY ORDERED that the matter in the above-captioned case shall be unsealed.

The Clerk of Court is kindly directed to unseal the case.

Dated this _____5_____ day of March 2026.

_____
UNITED STATES DISTRICT JUDGE

3