RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Carl Schilbe

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00338-GMN-NJK-1 |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXTEND RESPONSE TO GOVERNMENT'S MOTION FOR REVIEW OF RELEASE ORDER** |
| v. | |
| CARL SCHILBE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Carl Schilbe, that the Hearing currently scheduled on March 9, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than three (3) weeks and the response to government's motion for review of release order currently due on March 9, 2026, be extended to March 19, 2026 (consistent with an ordinary briefing schedule).

This Stipulation is entered into for the following reasons:

1. Mr. Schilbe did not waive his identity hearing when he made his initial appearance in the Northern District of California. He is scheduled to appear in the Northern District of California on March 6, 2026, to determine whether he will waive or proceed with an

identity hearing. Consequently, the U.S. Marshals will not begin transporting him to the District of Nevada until after the March 6, 2026 hearing.

2.    In addition, counsel for the government has conferred with the United States Marshals Service of the Northern District of California and has learned that Mr. Schilbe's transportation from the Northern District of California to the District of Nevada will take two to three weeks.

3.    Counsel for the defendant cannot meaningfully communicate with Mr. Schilbe until he is in custody in the District of Nevada.

4.    Defense counsel has insufficient time to prepare a responsive pleading to the government's motion for district judge review of the magistrate judge's detention order, particularly when there is no way for defense counsel to meaningfully communicate with Mr. Schilbe prior to the March 9, 2026 deadline.

5.    The requested continuance will accommodate Mr. Schilbe's transportation to the District of Nevada and allow for defense counsel to meet with him prior to filing a responsive pleading.

6.    Defendant is in custody.

7.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 6th day of March, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General

By */s/ Rick Mula*
RICK MULA
Assistant Federal Public Defender

By */s/ Afroza Yeasmin*
AFROZA YEASMIN
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00338-GMN-NJK-1 |
| Plaintiff, | **ORDER** |
| v. | |
| CARL SCHILBE, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Hearing currently scheduled on March 9, 2026 at the hour of 4:00 p.m., be vacated and continued to  March 27, 2026  at the hour of 9:00 a.m.

IT IS FURTHER ORDERED  the response to government's motion for review of release order currently due on March 9, 2026, be extended to March 19, 2026.

DATED this   6   day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

3