Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org


*Attorney for Defendant Carl Schilbe


# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America,

      Plaintiff,

    v.

Carl Schilbe,

      Defendant.

Case No. 2:25-cr-00338-GMN-NJK

**Stipulation to Set Initial Appearance Before Judge Navarro on March 27, 2026**

Mr. Schilbe currently is scheduled to make an initial appearance before United States Magistrate Judge Daniel Albregts on Thursday, March 26, 2026, at 2:30 PM. However, this Court has set a hearing for March 27, 2026, at 9:00 AM (ECF No. 14) regarding several pending motions related to Mr. Schilbe's current detention. The parties agree that it would be more efficient for the initial appearance to take place at the hearing already scheduled for March 27, 2026.

Accordingly, the parties agree and respectfully request that the Court continue Mr. Schilbe's initial appearance to March 27, 2026, at 9:00 AM.

Dated March 25, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

Todd Blanche
Deputy Attorney General

*/s/ Rick Mula*
Rick Mula
Assistant Federal Public Defender

*/s/ Afroza Yeasmin*
Afroza Yeasmin
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

        Plaintiff,

    v.

Carl Schilbe,

        Defendant.

Case No. 2:25-cr-00338-GMN-NJK

**Order**

Good cause appearing, the parties' stipulation is granted.

IT IS THEREFORE ORDERED that Mr. Schilbe's initial appearance, currently scheduled for March 26, 2026, at 2:30 PM before United States Magistrate Judge Daniel Albregts, is continued to March 27, 2026, at 9:00 AM before United States District Judge Gloria Navarro.

IT IS SO ORDERED.

DATED this  25  day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

3