TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6551 / Fax: (702) 388-6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-338-GMN-NJK |
| Plaintiff, | **Motion for Government Attorney Appearance Under Local Rule IA 11-3** |
| v. | |
| CARL SCHILBE, | |
| Defendant. | |

The United States of America, by and through Assistant U.S. Attorney Richard Anthony Lopez, Deputy Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that McKenzie Hightower, Trial Attorney with the Child Exploitation and Obscenity Section of the Criminal Division of the United States Department of Justice, be permitted to appear before this Court in the above-captioned case.

Mrs. Hightower is a member in good standing of the bar of the District of Columbia. She is employed by the United States as an attorney, and, in the course and scope of her employment, she has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Contact information for Mrs. Hightower is provided below:

McKenzie Hightower
Trial Attorney
U.S. Department of Justice
Criminal Division
1301 New York Ave. NW
Washington, DC 20530
Tel: 202-215-7126
Email: mckenzie.hightower2@usdoj.gov

Dated: March 31, 2026

Respectfully submitted,

*/s/ Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
Deputy Chief, Criminal Division

IT IS SO ORDERED:      _____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated: ___April 6, 2026___

2